IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GERRY L. RANSON,**

    **Plaintiff,**

**v.**                                                         Case No. 4:22-cv-43-AW-MAF

**WAKULLA R.C.C. ANNEX, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation, ECF No. 4, to which there has been no objection. I have determined that the Report and Recommendation should be adopted, and I now incorporate it into this order.

The clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order and failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on April 19, 2022.

                                        s/ *Allen Winsor*
                                        United States District Judge